**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern _____ District of California
(State)

Case number (if known): _____ Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | AK Builders and Coatings, Inc. |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

46-47▮ __ __ __ __ __

4. **Debtor's address**

**Principal place of business**

2945 Ramona Avenue
Number    Street

Suite A5

Sacramento, CA 95826
City          State    ZIP Code

Sacramento
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City          State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | AK Builders and Coatings, Inc. | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                 MM / DD / YYYY

           District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

           District _____ When _____
                                          MM / DD / YYYY

           Case number, if known _____

| Debtor | AK Builders and Coatings, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 10777 Walker Trail Road
                                  Number      Street

            Farmington                            CA      95230
            City                                    State    ZIP Code

**Is the property insured?**

☑ No

☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | AK Builders and Coatings, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 26 / 2016
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Alifeleti Kaufana Vaituulala
Printed name

Title  CEO/President

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  8/22/2016
MM / DD / YYYY

Edmond J. Paulus
Printed name

Law Office of Edmond J. Paulus
Firm name

121 Breckenwood Way
Number       Street

Sacramento
City

CA
State

95864
ZIP Code

916-868-9244
Contact phone

Email address

250187
Bar number

CA
State

---

Fill in this information to identify the case:

Debtor name  AK Builders and Coatings, Inc.

United States Bankruptcy Court for the:  Eastern          District of  California
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| Dual Arch International, Inc | 10777 Walker Trail Rd., Farmington CA | $ 762,000.00 | $ 1,200,000.00 |
| **Creditor's mailing address** | & 10779 Walker Trail Rd., Farmington CA | | |
| PO Box 5 | Agricultural farm land | | |
| Modesto, CA 95353 | **Describe the lien** | | |
| | Mortgage lien holder | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** 12/2014 | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| | | $ | $ |
| **Creditor's mailing address** | | | |
| | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>   ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>   ☐ Yes. The relative priority of creditors is specified on lines ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                    $ _____

Debtor  AK Builders and Coatings, Inc.                    Case number (if known)_____
        Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Part 1:   Additional Page**

Column A
Amount of claim
Do not deduct the value of collateral.

Column B
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  Creditor's name

Describe debtor's property that is subject to a lien

$_____   $_____

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2._**  Creditor's name

Describe debtor's property that is subject to a lien

$_____   $_____

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
_____
_____
  ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  AK Builders and Coatings, Inc.
        Name

Case number (if known)_____

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Official Form 206E/F

**Fill in this information to identify the case:**

Debtor    AK Builders and Coatings

United States Bankruptcy Court for the: Eastern    District of California
                    (State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ | $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?
☐ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ | $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?
☐ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq)

**2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ | $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?
☐ No
☐ Yes
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor    AK Builders and Coatings
_____
           Name

| **Part 1.** | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor    AK Builders and Coatings
                  Name                                                                 Case number (if known) _____

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Rain for Rent

390 West Kentucky Ave

Woodland, CA

Date or dates debt was incurred        06/2015

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$                    12,000.00

---

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Debtor    AK Builders and Coatings
          Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    AK Builders and Coatings
          Name

Case number (if known)_____

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.2. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.3. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.4. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.5. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.6. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.7. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.8. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.9. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.10. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.11. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |
| 4.12. | Line ____ □ Not listed. Explain | ___ ___ ___ ___ |

Debtor  AK Builders and Coatings
      Name

Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    AK Builders and Coatings
Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1            5a.        $_____

5b. Total claims from Part 2            5b.  **+**   $_____

5c. Total of Parts 1 and 2             5c.        $_____
    Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name  AK Builders and Coatings, Inc.

United States Bankruptcy Court for the:  Eastern _____ District of  California
                                                                    (State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Rain for Rent 390 West Kentucky Ave Woodland, CA | | Sub-contractor debt | disputed | 12000 | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

AK Builders and Coatings, Inc.

Debtor _____  Case number (if known)_____

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re                                )

AK Builders and Coatings,            )
Inc.                                 )          Case No.

                                     )

            Debtor(s).               )
_____      )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case is a true, correct, and complete listing.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 08-22-2016                     _____
                                      Debtor's Signature

DATED:_____       _____
                                      Joint Debtor's (if any) Signature

Submit this form and your Master Address List to one of the following addresses:

**Sacramento Division**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Modesto Division**
**Mailing Address:**
501 I Street, Suite 3-200
Sacramento, CA 95814

**Physical Address:**
1200 I Street, Suite 4
Modesto, CA 95354

**Fresno Division**
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 7/15/14)

Master Address List

Dual Arch International, Inc
PO Box 5
Modesto, CA 95353


Rain for Rent
390 West Kentucky Ave
Woodland, CA